THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH
A. PARIS, Appellant, *v.* WILLIAM HUNT, as Agent and
Warden of Great Meadow Prison, Respondent.

*Crimes — imprisonment — court without power to modify sentence after imprisonment has commenced.*

*People ex rel. Paris* v. *Hunt*, 201 App. Div. 573, affirmed.

(Argued October 6, 1922; decided October 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 2, 1922, which reversed an order of Special Term sustaining a writ of habeas corpus and remanded the relator to the custody of the defendant. Relator was sentenced to imprisonment for a term of not more than five years nor less than two years and six months, the sentence further providing: "After serving one year of the aforesaid sentence, the defendant is to be returned to the County Court of Bronx county for final disposition." In this proceeding to compel the return of the relator to the Bronx County Court in accordance with said provision the Appellate Division held that any other disposition which could be made by the County Court on production of defendant would be a modification of the judgment after imprisonment had been commenced which is forbidden by section 2188 of the Penal Law, as amended by chapter 568 of Laws of 1920.

*Frank H. Cronkhite* and *Louis Fabricant* for appellant.

*Charles D. Newton, Attorney-General* (*Henry C. Henderson* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.